CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 01 2015

JULIA C. DUDLEY, CLERK
BY: /s/ (DEPUTY CLERK)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRANKIE JAE LORDMASTER,<br>    Plaintiff, | Civil Action No. 7:15-cv-00532 |
| v. | **DISMISSAL ORDER** |
| PHIPPS, *et al*,<br>    Defendant(s). | By:   Michael F. Urbanski<br>       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court. All pending motions are **DENIED** as moot.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 1st day of December, 2015.

/s/ Michael F. Urbanski
United States District Judge